**AO 450 (Rev. 5/85) Judgment in a Civil Case**

# United States District Court
## District of Vermont

| | |
|---|---|
| Azael Dythian Perales, : | |
| : | |
| Plaintiff, : | |
| : | **JUDGMENT IN A CIVIL CASE** |
| v. : | |
| : | CASE NUMBER: 5:10-cv-149 |
| United States Tax Court, : | |
| John O'Colvin, Chief Judge, : | |
| : | |
| Defendants. : | |

     **Jury Verdict.** This action came before the Court for trial by jury. The issues have been Tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came to trial or hearing before the Court. The issues Have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Document No. 4) filed June 30, 2010, plaintiff's Motion to Proceed In Forma Pauperus (Document No. 1) is GRANTED and the Complaint (Document No. 3) is hereby DISMISSED under 28:1915(e)(2)(B).

                                                    JEFFREY S. EATON

Date: June 30, 2010             Clerk

                                                    /s/ Patricia A. McPhee
                                                    (By) Deputy Clerk

      <span style="color:red">JUDGMENT ENTERED ON DOCKET
      DATE: June 30, 2010</span>